# PATERSON POLICE
111 BROADWAY
PATERSON, NJ 07505
973-321-1111

# ARREST REPORT
Municipal Code: 1608
ORI: 1608

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2020-076171 | SHOTS - SHOTS FIRED | 08/09/2020 | 00:29 | 326 PARK AVE, PATERSON NJ 07505 |

INCIDENT # I-2020-076171
DATE 8/9/2020

## DEFENDANT INFORMATION

| LAST NAME | FIRST NAME | MI | SUFFIX | HOME PHONE |
|---|---|---|---|---|
| WRIGHT | KEYSHAWN | D | | 862-256-2169 |

| ALIAS/NICKNAMES | ALTERNATE PHONE | CELL PHONE / PAGER |
|---|---|---|
| | | |

| DEFENDANT'S ADDRESS (#, STREET NAME) | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 110 WASHINGTON ST | APT | 4J | EAST ORANGE | NJ | 07505 |

| SEX | RACE | ETHNICITY | DOB | AGE | SOCIAL SECURITY # | HEIGHT (ft./in.) | WEIGHT | SPEECH |
|---|---|---|---|---|---|---|---|---|
| M | BLACK | NON-HISPANIC | 05/17/2000 | 20 | 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 | 5' 8" | 135 | ENGLISH |

| HAIR COLOR | HAIR LENGTH | FACIAL HAIR | EYE COLOR | COMPLEXION | MARITAL STATUS | US CITIZEN | RESIDENCY STATUS |
|---|---|---|---|---|---|---|---|
| BDY | DREADLO | UNSHAVEN | BRO | MED | Single | Y | |

| PLACE OF BIRTH (CITY) | STATE / COUNTRY (IF NOT BORN IN US) | SCARS / MARKS / TATTOOS |
|---|---|---|
| PATERSON | NJ | TATTOO ON RIGHT ARM |

| SBI # | FBI # | CBI # | DRIVER'S LICENSE # | D/L STATE | D/L EXPIRE |
|---|---|---|---|---|---|
| 327339G | 62976CB3 | | W74144346405002 | NJ | 06/2021 |

| EMPLOYER / SCHOOL | OCCUPATION / GRADE | PHONE | ADDRESS (#, STREET NAME, CITY, STATE, ZIP) |
|---|---|---|---|
| MTUCKER | | | 1200 MADISON AVE, PATERSON, NJ 07505 |

| NAME OF NEAREST RELATIVE | RELATIONSHIP | PHONE | ADDRESS (#, STREET NAME, CITY, STATE, ZIP) |
|---|---|---|---|
| ANDRANE WEDDNIN | MOTHER | 973-271-8531 | NONE GIVEN |

## ARREST DETAILS  ☑ WARRANT  ☐ ON VIEW ARREST  ☐ SUMMONS  ☑ PHOTOGRAPHED  ☑ FINGERPRINTED

| TYPE OF WARRANT | AGENCY'S OCA | LOCATION OF ARREST (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP) | DATE / TIME OF ARREST |
|---|---|---|---|
| Arrest Warrant | PATERSON POLICE | 315 PARK AVE , PATERSON, NJ 07505 | 8/19/2020 22:00 |

| NCIC WANTS | ATS / ACS WANTS | IF WANTED, NAME OF AGENCY | AGENCY'S OCA | WARRANT # | DATE/TIME CONFIRMED | NAME OF PERSON CONFIRMING WARRANT |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | |

| MIRANDA GIVEN | MIRANDA GIVEN BY (RANK, LAST, FIRST, ID#) | DATE/TIME GIVEN | WITNESSED BY (RANK, LAST, FIRST, ID#) | STATEMENT GIVEN |
|---|---|---|---|---|
| ☐ | | | | |

## OFFENSE DETAILS   ☐ GANG RELATED   ☐ BIAS MOTIVATION   ☐ DOMESTIC VIOLENCE

| # | CDR # / M.V. SUMMONS # | OFFENSE | N.J. STATUTE / ORDINANCE |
|---|---|---|---|
| 1 | W 2020 002845 1608 | CRIMINAL ATTEMPT | 2C:5-1 |
| 2 | W 2020 002845 1608 | MURDER | 2C:11-3 |
| 3 | W 2020 002845 1608 | AGGRAVATED ASSAULT | 2C:12-1B |

| COMPLAINANT ☐ OFFICER ☐ VICTIM | LAST NAME | FIRST NAME | POLICE AGENCY / ADDRESS OF VICTIM | AGENCY / VICTIM PHONE |
|---|---|---|---|---|
| | | | | |

## VEHICLE INFORMATION  ☐ NOT APPLICABLE  ☐ OWNER SAME AS DEFENDANT  ☐ VEHICLE IMPOUNDED

| VEHICLE MAKE | MODEL | YEAR | COLOR | LICENSE PLATE | STATE REG. | REG. EXPIRE | VIN | MUGSHOT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## NARRATIVE / ADDITIONAL CHARGES

****************** PARTIES AND CHARGE(S) ***************
NAME: WRIGHT, KEYSHAWN D | DOB: 5/17/2000 | STATUTE: 2C:39-5 UNLAWFUL POSSESSION OF WEAPONS | CHARGE DATE: 8/19/2020 | CHARGING OFFICER: PATROLMAN PIZZA, RONALD

NAME: WRIGHT, KEYSHAWN D | DOB: 5/17/2000 | STATUTE: 2C:39-4 POSSESSION OF WEAPONS UNLAWFUL PURPOSE | CHARGE DATE: 8/19/2020 | CHARGING OFFICER: PATROLMAN PIZZA,...

## ADMINISTRATIVE

| AFIS ☐ YES ☐ NO | AFIS ID MATCHES DEFENDANT ☐ YES ☐ NO | BAIL SET BY | DATE/TIME BAIL SET | CASH BAIL AMOUNT | SURETY BOND |
|---|---|---|---|---|---|
| | | | | | |

| ADDITIONAL CONDITIONS OF BAIL | DISPOSITION OF DEFENDANT |
|---|---|
| | |

| SUBMITTING OFFICER'S SIGNATURE (IF REQUIRED) | DATE | UCR CODE | DATE APPROVED |
|---|---|---|---|
| | 8/19/2020 | | 08/19/2020 |

| REPORT SUBMITTED BY (RANK, LAST, FIRST, ID#) | | REPORT APPROVED BY (RANK, LAST, FIRST, ID#) | |
|---|---|---|---|
| PATROLMAN PIZZA, RONALD | 4910 | DISPATCHER WILLIAMS, JAMEA | 8054 |

# PATERSON POLICE
111 BROADWAY
PATERSON, NJ 07505
973-321-1111

# ARREST REPORT
Municipal Code: 1608
ORI: 1608

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2020-076171 | SHOTS - SHOTS FIRED | 08/09/2020 | 00:29 | 326 PARK AVE, PATERSON NJ 07505 |

INCIDENT #: I-2020-076171
DATE: 8/9/2020

## DEFENDANT INFORMATION

| LAST NAME | FIRST NAME | MI | SUFFIX | HOME PHONE |
|---|---|---|---|---|
| WRIGHT | KEYSHAWN | D | | 862-266-2169 |

| ALIAS/NICKNAMES | ALTERNATE PHONE | CELL PHONE / PAGER |
|---|---|---|
| | | |

| DEFENDANT'S ADDRESS (#, STREET NAME) | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 110 WASHINGTON ST | APT | 4J | EAST ORANGE | NJ | 07505 |

| SEX | RACE | ETHNICITY | DOB | AGE | SOCIAL SECURITY # | HEIGHT (ft./in.) | WEIGHT | SPEECH |
|---|---|---|---|---|---|---|---|---|
| M | BLACK | NON-HISPANIC | 05/17/2000 | 20 | 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 | 5' 8" | 135 | ENGLISH |

| HAIR COLOR | HAIR LENGTH | FACIAL HAIR | EYE COLOR | COMPLEXION | MARITAL STATUS | US CITIZEN | RESIDENCY STATUS |
|---|---|---|---|---|---|---|---|
| BLK | DREADLO | UNSHAVEN | BRO | MED | Single | Y | |

| PLACE OF BIRTH (CITY) | STATE / COUNTRY (IF NOT BORN IN US) | SCARS / MARKS / TATTOOS |
|---|---|---|
| PATERSON | NJ | TATTOO ON RIGHT ARM |

| SBI # | FBI # | CSI # | DRIVER'S LICENSE # | D/L STATE | D/L EXPIRE |
|---|---|---|---|---|---|
| 327339G | 62976CE3 | | W74144346405002 | NJ | 06/2021 |

| EMPLOYER / SCHOOL | OCCUPATION / GRADE | PHONE | ADDRESS (#, STREET NAME, CITY, STATE, ZIP) |
|---|---|---|---|
| MFUCKER | | | 1200 MADISON AVE, PATERSON, NJ 07505 |

| NAME OF NEAREST RELATIVE | RELATIONSHIP | PHONE | ADDRESS (#, STREET NAME, CITY, STATE, ZIP) |
|---|---|---|---|
| ANDMAME WEDDAIM | MOTHER | 973-271-8531 | NONE GIVEN |

## ARREST DETAILS
☑ WARRANT  ☐ ON VIEW ARREST  ☐ SUMMONS  ☑ PHOTOGRAPHED  ☑ FINGERPRINTED

| TYPE OF WARRANT | AGENCY'S OCA | LOCATION OF ARREST (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP) | DATE / TIME OF ARREST |
|---|---|---|---|
| Arrest Warrant | PATERSON POLICE | 315 PARK AVE, PATERSON, NJ 07505 | 8/19/2020 22:00 |

| NCIC WANTS | ATS / ACS WANTS | IF WANTED, NAME OF AGENCY | AGENCY'S OCA | WARRANT # | DATE/TIME CONFIRMED | NAME OF PERSON CONFIRMING WARRANT |
|---|---|---|---|---|---|---|
| ☐ | | | | | | |

| MIRANDA GIVEN | MIRANDA GIVEN BY (RANK, LAST, FIRST, ID#) | DATE/TIME GIVEN | WITNESSED BY (RANK, LAST, FIRST, ID#) | STATEMENT GIVEN |
|---|---|---|---|---|
| ☐ | | | | |

## OFFENSE DETAILS
☐ GANG RELATED  ☐ BIAS MOTIVATION  ☐ DOMESTIC VIOLENCE

| | CDR # / M.V. SUMMONS # | OFFENSE | N.J. STATUTE / ORDINANCE |
|---|---|---|---|
| 1 | W 2020 002845 1608 | CRIMINAL ATTEMPT | 2C:5-1 |
| 2 | W 2020 002845 1608 | MURDER | 2C:11-3 |
| 3 | W 2020 002845 1608 | AGGRAVATED ASSAULT | 2C:12-1B |

| COMPLAINANT | LAST NAME | FIRST NAME | POLICE AGENCY / ADDRESS OF VICTIM | AGENCY / VICTIM PHONE |
|---|---|---|---|---|
| ☐ OFFICER ☐ VICTIM | | | | |

## VEHICLE INFORMATION
☐ NOT APPLICABLE  ☐ OWNER SAME AS DEFENDANT  ☐ VEHICLE IMPOUNDED

| VEHICLE MAKE | MODEL | YEAR | COLOR | LICENSE PLATE | STATE REG. | REG. EXPIRE | VIN | MUGSHOT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## NARRATIVE / ADDITIONAL CHARGES

****************** PARTIES AND CHARGE(S) ***************
NAME: WRIGHT, KEYSHAWN D | DOB: 5/17/2000 | STATUTE: 2C:39-5 UNLAWFUL POSSESSION OF WEAPONS | CHARGE DATE: 8/19/2020 | CHARGING OFFICER: PATROLMAN PIZZA, RONALD

NAME: WRIGHT, KEYSHAWN D | DOB: 5/17/2000 | STATUTE: 2C:39-4 POSSESSION OF WEAPONS UNLAWFUL PURPOSE | CHARGE DATE: 8/19/2020 | CHARGING OFFICER: PATROLMAN PIZZA,...

## ADMINISTRATIVE

| AFIS | AFIS ID MATCHES DEFENDANT | BAIL SET BY | DATE/TIME BAIL SET | CASH BAIL AMOUNT | SURETY BOND |
|---|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | | | | |

| ADDITIONAL CONDITIONS OF BAIL | DISPOSITION OF DEFENDANT |
|---|---|
| | |

| SUBMITTING OFFICER'S SIGNATURE (IF REQUIRED) | DATE | UCR CODE | DATE APPROVED |
|---|---|---|---|
| | 8/19/2020 | | 08/19/2020 |

| REPORT SUBMITTED BY (RANK, LAST, FIRST, ID#) | | REPORT APPROVED BY (RANK, LAST, FIRST, ID#) | |
|---|---|---|---|
| PATROLMAN PIZZA, RONALD | 4910 | DISPATCHER WILLIAMS, JAMES | 8084 |

Page 1 of 2

# PATERSON POLICE DEPARTMENT

111 BROADWAY PATERSON, NJ 07505                                    Tel:(973)321-1111

## Incident Summary:

| | | | |
|---|---|---|---|
| Dept Incident #: | I-2016-046676 | Department: | PATERSON POLICE DEPARTMENT |
| Location: | MCBRIDE AVE/SPRUCE ST, PATERSON NJ 07505 | | |
| Bureau: | | Initial Call: | SPERS / SICK OR INJURED PERSON |
| Sector: | | Final Call: | SPERS / SICK OR INJURED PERSON |
| Call Entry Time: | 05/27/2016 00:08:55 | Incident Status: | CLEARED |
| First Unit Dispatched: | 05/27/2016 00:09:46 | Last Unit Cleared: | 05/27/2016 03:37:17 |
| Call Time: | 05/27/2016 00:05:42 | Call Disposition: | CLO / CLOSED |
| Call Taker: | nbriggs | Call Origination: | PHONE / PHONE |
| Primary Unit: | 109 | CCR: | |
| Initial Narrative: | man passed out behind wheel of gold audi appears to be real drunk as per passer by b32gnt 2018892014 | | |
| Final Narrative: | 109 112 coming in with one and recovered a weapon | | |

## Officer Dispatch:

| Dispatch Location / Dispatch Notes | Unit Code | Officer Name | Vehicle | Date | Dispatch | Enroute | Arrival | Clear | Total Time (min/sec) |
|---|---|---|---|---|---|---|---|---|---|
| MCBRIDE AVE/SPRUCE ST, PATERSON NJ 07505 | 109 | AVILA, MICHAEL | NONE | 05/27/2016 | 00:09:46 | 00:09:46 | | 03:37:17 | 207:31 |
| MCBRIDE AVE/SPRUCE ST, PATERSON NJ 07505 | 112 | guzman, renzo a | NONE | 05/27/2016 | 00:10:53 | 00:10:53 | | 03:05:35 | 174:42 |
| MCBRIDE AVE/SPRUCE ST, PATERSON NJ 07505 | 112 | martinez, edwin | NONE | 05/27/2016 | 00:10:53 | 00:10:53 | | 03:05:35 | 174:42 |

## Party Information:

| Party Name / Address Type / Address | Role Code | | DOB / Phone Number | Alt. Phone Number |
|---|---|---|---|---|
| POWELL, CHARLES | Arrested | | 03/20/1998 | |
| HOME | 185 W BROADWAY, PATERSON NJ 07505 | | 201-458-4357 | |
| WORK | KENNEDY HIGH SCHOOL - 61 PREAKNESS AVE, PATERSON NJ 07505 | | 973-321-1000 | |
| POWELL, CHARLES D | Arrested | | 03/20/1998 | |
| HOME | 185 WEST BROADWAY, PATERSON NJ 07505 | | | |

# PATERSON POLICE
**INCIDENT REPORT**

111 BROADWAY
PATERSON, NJ 07505
973-321-1111

Municipal Code: 1608
ORI: 1608

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2016-046876 | SPERS - SICK OR INJURED PER | 5/27/2016 | 00:05 | MCBRIDE AVE/SPRUCE ST, PATERSON NJ 07505 |

| DATE / TIME OF INCIDENT STARTED | DATE / TIME OF INCIDENT ENDED |
|---|---|
| 5/27/2016 00:00 | 5/27/2016 00:00 |

INCIDENT #: I-2016-046876
DATE: 5/27/2016

HOW RECEIVED: ☐ E911  ☐ DISPATCHED  ☐ FLAG DOWN  ☐ ON-VIEW  ☐ WALK-IN  ☐ OTHER

## VICTIM INFORMATION

| LAST NAME | FIRST NAME | MI | HOME PHONE | CELL PHONE |
|---|---|---|---|---|
| | | | | |

| ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| | | | | | |

| RACE | SEX | DOB | AGE | DRIVER'S LICENSE # | DL STATE |
|---|---|---|---|---|---|
| | | | | | |

| EMPLOYER/SCHOOL | OCCUPATION | CONTACT PERSON | PHONE |
|---|---|---|---|
| | | | |

EMPLOYER / SCHOOL ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP)

| NO. OF VICTIMS | WAS VICTIM INJURED | REQUIRE MEDICAL TREATMENT | TYPE OF VICTIM | VICTIM IS THE OFFENDER'S |
|---|---|---|---|---|
| | | | | |

## COMPLAINANT INFORMATION    ☐ SAME AS VICTIM

| LAST NAME | FIRST NAME | MI | HOME PHONE | CELL PHONE |
|---|---|---|---|---|
| | | | | |

| ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| | | | | | |

| RACE | SEX | DOB | AGE | DRIVER'S LICENSE # | DL STATE |
|---|---|---|---|---|---|
| | | | | | |

| EMPLOYER/SCHOOL | OCCUPATION | CONTACT PERSON | PHONE |
|---|---|---|---|
| | | | |

EMPLOYER / SCHOOL ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP)

## ADDITIONAL PERSONS
CODES: R=Reporting Person; W=Witness; A=Arrestee; I=Involved Person; P=Police; F=Family member; V=additional Victim; O=Other

| # | CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|---|
| 1 | A | POWELL | CHARLES | | BLACK | M | 03/20/1998 |

ADDRESS: 185 W BROADWAY, PATERSON, NJ 07505
SOCIAL SECURITY #:
HOME PHONE: 201-456-4357
CELL PHONE:

| # | CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|---|
| 2 | | | | | | | |

| # | CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|---|
| 3 | | | | | | | |

## UNIDENTIFIED SUSPECT / OFFENDER    SUSPECT/OFFENDER DESCRIPTION N/A ☐    NUMBER OF SUSPECTS

| # | APPROX AGE | RACE | SEX | APPROX HEIGHT | EYE COLOR | HAIR COLOR | HAIR LENGTH | FACIAL HAIR |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |

CLOTHING WORN: | DIRECTION OF FLIGHT:
NAME / NICKNAME: | SCARS / MARKS / TATTOOS:

| # | APPROX AGE | RACE | SEX | APPROX HEIGHT | EYE COLOR | HAIR COLOR | HAIR LENGTH | FACIAL HAIR |
|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | |

CLOTHING WORN: | DIRECTION OF FLIGHT:
NAME / NICKNAME: | SCARS / MARKS / TATTOOS:

# PATERSON POLICE
# INCIDENT REPORT

111 BROADWAY
PATERSON, NJ 07505
973-321-1111

Municipal Code: 1606
ORI: 1606

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2016-046676 | SIPER - SICK OR INJURED PER | 5/27/2016 | 00:05 | MCBRIDE AVE/SPRUCE ST, PATERSON NJ 07505 |

## VEHICULAR INFORMATION

VEHICLE INFORMATION N/A ☐  ☐ REPORTED STOLEN  ☐ RECOVERED STOLEN  ☐ EVIDENCE  ☐ VIOLATIONS  ☐ INVOLVED IN CRIME

| OWNER'S LAST NAME | OWNER'S FIRST NAME | OWNER'S ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP) |
|---|---|---|
|  |  |  |

| YEAR | MAKE | MODEL | COLOR | STYLE | LICENSE PLATE # | STATE | DATE EXPIRE |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| KEYS IN VEHICLE | VEHICLE LOCKED | FRONT PLATE | REAR PLATE | VEHICLE VALUE | VIN |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| VEHICLE TOWED | IMPOUND REPORT | INSURANCE CO. | INSURANCE CODE | POLICY # |
|---|---|---|---|---|
|  |  |  |  |  |

## OFFENSE INFORMATION

| # | CDR # / MV SUMMONS # | CHARGE | N.J. STATUTE LOCAL ORD | STATUS |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |

## NARRATIVE

UNIT WAS DISPATCHED TO THE ABOVE LOCATION ON A REPORT OF A MALE SLEEPING BEHIND THE WHEEL AT A RED LIGHT. OFFICER GUZMAN OBSERVED A HANDGUN ON THE RIGHT HIP AND THE SEAT BELT LOCK. OFFICERS DREW THERE WEAPONS AND GOT THE SUSPECT OUT THE VEHICLE AND HANDCUFFED HIM. THE WEAPON WAS RAN THROUGH NCIC AND THERE IS NO RECORD OF THE GUN. SUSPECT WAS PLACED UNDER ARREST THE WEAPON WAS TAGGED#85805 BLOTTER PAGE 92. 13E

| REPORTING OFFICER'S SIGNATURE (IF REQUIRED) | DATE | SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|---|
|  |  |  |  |

| PRINT REPORTING OFFICER'S NAME (RANK, LAST, FIRST, ID#) | APPROVED BY (RANK, LAST, FIRST, ID#) |
|---|---|
| AVILA, MICHAEL    4589 | CLERK MCCOY, ANTOINETTE    9067 |

## ADMINISTRATIVE ARREST

# OF SUBJECTS ARRESTED: ___  TYPE OF ARREST: ☐ FOA  ☐ WARRANT  ☐ ON VIEW AT SCENE  ☐ SUMMONS  DETECTIVE NOTIFIED: ___  NAME OF DET.: ___

## DATABASE INQUIRIES

☐ MOTOR VEHICLE COMMISSION  ☐ IN HOUSE RMS  ☐ NCIC FOR WANTS/WARRANTS  ☐ COBRA  ☐ ATS  ☐ ACS  TELETYPE MESSAGE #: ___

## TECHNICAL SERVICES USED

☐ COUNTY B.C.I.  ☐ K-9 UNIT  ☐ N.J.S.P.  TECH CASE #: ___  TECH OFFICER: ___  BADGE #: ___  OTHER: ___

## SUPPLEMENTAL REPORTS

| TRAK ☐ | VICTIM NOTIFICATION REPORT ☐ | JUVENILE INVESTIGATION/RELEASE ☐ | STATEMENT ☐ |
|---|---|---|---|
| ARREST REPORT ☐ | PROPERTY TAG ☐ | DOMESTIC VIOLENCE REPORT ☐ | IMPOUND SHEET ☐ |
| FINGERPRINT CARDS ☐ | PROPERTY LOSS SHEET ☐ | BIAS CRIME INCIDENT REPORT ☐ | EVIDENCE SUBMITTED ☐ |

OTHER DESCRIBE: ___

## U.C.R. REPORTING

U.C.R. CODE: ___

| PROPERTY | CURRENCY | JEWELRY | FURS | CLOTHING | AUTO | MISC | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| VALUE OF STOLEN PROP. |  |  |  |  |  |  |  |
| VALUE OF RECOVERED PROP. |  |  |  |  |  |  |  |

INCIDENT STATUS: ☐ UNFOUNDED  ☐ CLEARED BY ARREST  ☐ CLEARED EXCEPTIONALLY  ☐ ADMINISTRATIVELY CLOSED  CLEARANCE DATE: ___  REASON FOR EXCEPTIONAL CLEARANCE: ___

## DETECTIVE BUREAU REVIEW

| INCIDENT REQUIRES REVIEW | REVIEWED BY (RANK, LAST, FIRST, ID#) | DATE |
|---|---|---|
|  |  |  |

| CASE STATUS | DATE ASSIGNED | ASSIGNED TO |
|---|---|---|
| ☐ REVIEWED NOT ASSIGNED  ☑ ASSIGNED FOR INVESTIGATION |  |  |

Page 2 of 2

# PATERSON POLICE DEPARTMENT

111 BROADWAY  PATERSON, NJ 07505                                   Tel:(973)321-1111

## Incident Summary:

| | | | |
|---|---|---|---|
| Dept Incident #: | I-2020-076171 | Department: | PATERSON POLICE DEPARTMENT |
| Location: | 326 PARK AVE, PATERSON NJ 07505 | | |
| Bureau: | | Initial Call: | SHOTS / SHOTS FIRED |
| Sector: | | Final Call: | SHOTS / SHOTS FIRED |
| Call Entry Time: | 08/09/2020 00:30:20 | Incident Status: | CLEARED |
| First Unit Dispatched: | 08/09/2020 00:31:31 | Last Unit Cleared: | 08/09/2020 05:16:35 |
| Call Time: | 08/09/2020 00:29:40 | Call Disposition: | CLO / CLOSED |
| Call Taker: | dfrazier | Call Origination: | PHONE / PHONE |
| Primary Unit: | 121 | CC#: | |
| Initial Narrative: | as per sts ppl fighting and he heard s10 shots 973-955-3899 | | |
| Final Narrative: | | | |

## Time Stamp Information:

| Time Stamp Reason | Create Date | Notes | Create ID |
|---|---|---|---|
| Narrative | 08/09/2020 00:31:05 | 326-327 park ave 10 rounds | dfrazier |
| Narrative | 08/09/2020 00:31:05 | GAVE OVER AIR | jparedes |
| Narrative | 08/09/2020 00:36:31 | PER OFF DUTY GUNSHOT VICTIM WALKED IN ST JOES SHOT IN THE AREA OF PARK AVE | jparedes |
| Narrative | 08/09/2020 00:40:42 | PER OFF DUTY VICTIM STATES HE WAS IN THE AREA OF PARK AVE/E 23 HE IS SHOT MULTIPLE TIMES | jparedes |
| Narrative | 08/09/2020 03:08:38 | 10 - 29 @ 429 straight st for dodge caravan | MMUIR |

## Officer Dispatch:

| Dispatch Location / Dispatch Notes | Unit Code | Officer Name | Vehicle | Disp | Dispatch Enroute | Arrived | Clear | Total Time (minutes) |
|---|---|---|---|---|---|---|---|---|
| 326 PARK AVE, PATERSON NJ 07505 | 114 | capellan, juan | NONE | 08/09/2020 | 00:53:37 | 00:53:37 | 04:14:18 | 200:41 |
| HQ - 111 BROADWAY, PATERSON NJ 07505 10-3 | 121 | RAYFIELD, KAREN | NONE | 08/09/2020 | 02:34:57 | 02:34:57 | 05:16:35 | 161:38 |
| 326 PARK AVE, PATERSON NJ 07505 | 121 | RAYFIELD, KAREN | NONE | 08/09/2020 | 00:31:31 | 00:31:31 | 02:34:47 | 123:16 |
| 326 PARK AVE, PATERSON NJ 07505 | 124 | SINGH, MOHAN | NONE | 08/09/2020 | 00:39:16 | 00:39:16 | 00:39:21 | 0:5 |
| ST JOES HOSPITAL - 703 MAIN ST, PATERSON NJ 07505 | 124 | SINGH, MOHAN | NONE | 08/09/2020 | 00:39:37 | 00:39:37 | 03:24:32 | 164:55 |
| HQ - 111 BROADWAY, PATERSON NJ 07505 10-3 | 124 | SINGH, MOHAN | NONE | 08/09/2020 | 03:24:49 | 03:24:49 | 05:16:32 | 111:43 |
| 326 PARK AVE, PATERSON NJ 07505 | 105 | smith, shanavia | NONE | 08/09/2020 | 00:42:57 | 00:42:57 | 00:45:27 | 2:30 |

Report printed on: 10/08/2021 18:15                I-2020-076171                Page 1 Of 2

# PATERSON POLICE DEPARTMENT

**111 BROADWAY  PATERSON, NJ  07505**                              Tel:(973)321-1111

| Address | Code | Name | | Date | Time 1 | Time 2 | Time 3 | Time 4 |
|---|---|---|---|---|---|---|---|---|
| ST JOES HOSPITAL - 703 MAIN ST, PATERSON NJ 07505 | 105 | smith, shanavia | NONE | 08/09/2020 | 00:45:35 | 00:46:55 | 00:47:42 | 03:08:57 143:22 |
| 326 PARK AVE, PATERSON NJ 07505 | 111 | tamimi, serein | NONE | 08/09/2020 | 00:36:47 | 00:36:47 | | 00:36:53 0:6 |
| ST JOES HOSPITAL - 703 MAIN ST, PATERSON NJ 07505 | 111 | tamimi, serein | NONE | 08/09/2020 | 00:37:10 | 00:37:10 | | 04:00:25 203:15 |
| 326 PARK AVE, PATERSON NJ 07505 | 114 | sheikh, mohamed | NONE | 08/09/2020 | 00:53:37 | 00:53:37 | | 04:14:18 200:41 |
| 326 PARK AVE, PATERSON NJ 07505 | 514 | | | 08/09/2020 | 00:35:41 | 00:35:41 | | 03:24:31 168:50 |

### Party Information:

| Party Name / Address Type | Role / Address | DOB / Phone Number | Alt. Phone Number |
|---|---|---|---|
| BROWN, MISCHARD O | Involved person | 12/11/1989 | |
| HOME | 208 HARRISON ST, PATERSON NJ 07501 | 551-223-2098 | |
| WORK | NON GIVEN - | | |
| HUGHES, TRAVIS | Involved person | 07/21/1978 | |
| HOME | 288 E 32ND ST, PATERSON NJ 07505 | | 973-341-3166 |
| PATTERSON, CHRISTIAN | Arrested | 12/13/1990 | |
| HOME | 120 AUBURN ST APT 2, PATERSON NJ 07505 | | |
| WORK | UNEMPLOYED - | | |
| POWELL, CHARLES D | Victim | 03/20/1998 | |
| HOME | 87 2ND ST, NEWARK NJ | | 973-818-4211 |
| RODRIGUEZ, JACKSON A. | Involved person | 09/08/1982 | |
| HOME | 315 PARK AVE APT 8, PATERSON NJ 07505 | | 201-646-0917 |
| WRIGHT, DELSHAWN | Arrested | 09/25/1997 | |
| HOME | 110 WASHINGTON AVE, EAST ORANGE NJ 07017 | 973-342-7856 | |
| WORK | UNEMPLOYED - | | |
| WRIGHT, KEYSHAWN D | Arrested | 05/17/2000 | |
| HOME | 110 WASHINGTON ST APT 4J, EAST ORANGE NJ 07505 | 862-268-2169 | |
| WORK | MTUCKER - 1200 MADISON AVE, PATERSON NJ 07505 | | |

# PATERSON POLICE
**111 BROADWAY**
**PATERSON, NJ 07505**
**973-321-1111**

# ARREST REPORT
Municipal Code: 1608
ORI: 1608

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2016-046876 | SPERS - SICK OR INJURED PERSON | 05/27/2016 | 00:05 | MCBRIDE AVE/SPRUCE ST, PATERSON NJ 07505 |

INCIDENT #: I-2016-046876
DATE: 5/27/2016

## DEFENDANT INFORMATION

| LAST NAME | FIRST NAME | MI | SUFFIX | HOME PHONE |
|---|---|---|---|---|
| POWELL | CHARLES | D | | |

| ALIAS/NICKNAMES | ALTERNATE PHONE | CELL PHONE / PAGER |
|---|---|---|
| | | 347-357-0480 |

| DEFENDANT'S ADDRESS (#, STREET NAME) | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 185 WEST BROADWAY | | | PATERSON | NJ | 07505 |

| SEX | RACE | ETHNICITY | DOB | AGE | SOCIAL SECURITY # | HEIGHT (ft./in.) | WEIGHT | SPEECH |
|---|---|---|---|---|---|---|---|---|
| M | BLACK | NON-HISPANIC | 03/20/1998 | 18 | 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 | 6' 3" | 220 | NORMAL |

| HAIR COLOR | HAIR LENGTH | FACIAL HAIR | EYE COLOR | COMPLEXION | MARITAL STATUS | US CITIZEN | RESIDENCY STATUS |
|---|---|---|---|---|---|---|---|
| BLK | LONG | CLEAN SHAVEN | BRO | DRK | Single | Y | |

| PLACE OF BIRTH (CITY) | STATE / COUNTRY (IF NOT BORN IN US) | SCARS / MARKS / TATTOOS |
|---|---|---|
| PATERSON | NJ | |

| SBI # | FBI # | CBI # | DRIVER'S LICENSE # | D/L STATE | D/L EXPIRE |
|---|---|---|---|---|---|
| | | | | | |

| EMPLOYER / SCHOOL | OCCUPATION / GRADE | PHONE | ADDRESS (#, STREET NAME, CITY, STATE, ZIP) |
|---|---|---|---|
| | | | |

| NAME OF NEAREST RELATIVE | RELATIONSHIP | PHONE | ADDRESS (#, STREET NAME, CITY, STATE, ZIP) |
|---|---|---|---|
| | | | |

## ARREST DETAILS
☐ WARRANT ☑ ON VIEW ARREST ☐ SUMMONS ☑ PHOTOGRAPHED ☑ FINGERPRINTED

| TYPE OF WARRANT | AGENCY'S OCA | LOCATION OF ARREST | DATE / TIME OF ARREST |
|---|---|---|---|
| | PATERSON POLICE | SPRUCE ST, PATERSON, NJ 07505 | 5/27/2016 00:18 |

| NCIC WANTS | ATS/ACS WANTS | IF WANTED, NAME OF AGENCY | AGENCY'S OCA | WARRANT # | DATE/TIME CONFIRMED | NAME OF PERSON CONFIRMING WARRANT |
|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | |

| MIRANDA GIVEN | MIRANDA GIVEN BY (RANK, LAST, FIRST, ID#) | DATE/TIME GIVEN | WITNESSED BY (RANK, LAST, FIRST, ID#) | STATEMENT GIVEN |
|---|---|---|---|---|
| ☐ | | | | |

## OFFENSE DETAILS
☐ GANG RELATED ☐ BIAS MOTIVATION ☐ DOMESTIC VIOLENCE

| # | CDR # / M.V. SUMMONS # | OFFENSE | N.J. STATUTE / ORDINANCE |
|---|---|---|---|
| 1 | W-2016-003841 | POSSESSION OF WEAPONS UNLAWFUL PURPOSE | 2C:39-4 |
| 2 | W-2016-003841 | UNLAWFUL POSSESSION OF WEAPONS | 2C:39-5 |
| 3 | | | |

| COMPLAINANT | LAST NAME | FIRST NAME | POLICE AGENCY / ADDRESS OF VICTIM | AGENCY / VICTIM PHONE |
|---|---|---|---|---|
| ☐ OFFICER ☐ VICTIM | | | | |

## VEHICLE INFORMATION
☑ NOT APPLICABLE ☐ OWNER SAME AS DEFENDANT ☐ VEHICLE IMPOUNDED

| VEHICLE MAKE | MODEL | YEAR | COLOR | LICENSE PLATE | STATE REG. | REG. EXPIRE | VIN | MUGSHOT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## NARRATIVE / ADDITIONAL CHARGES
NEG NCIC LDK7BEQV58

## ADMINISTRATIVE

| AFIS | AFIS ID MATCHES DEFENDANT | BAIL SET BY | DATE/TIME BAIL SET | CASH BAIL AMOUNT | SURETY BOND |
|---|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ YES ☐ NO | | | | |

| ADDITIONAL CONDITIONS OF BAIL | DISPOSITION OF DEFENDANT |
|---|---|
| | |

| SUBMITTING OFFICER'S SIGNATURE (IF REQUIRED) | DATE | UCR CODE | DATE APPROVED |
|---|---|---|---|
| | 5/27/2016 | | 05/27/2016 |

| REPORT SUBMITTED BY (RANK, LAST, FIRST, ID#) | | REPORT APPROVED BY (RANK, LAST, FIRST, ID#) | |
|---|---|---|---|
| AVILA, MICHAEL | 4589 | CLERK NIEVES, HECTOR | 9991 |

Page 1 of 1

**PATERSON POLICE**
111 BROADWAY
PATERSON, NJ 07505
973-321-1111

INCIDENT #: I-2020-076171

**ARREST REPORT**
Municipal Code: 1608
ORI: 1608

RONALD

NO NCIC HIT-LD03LAP1A0 ALL ABOVE CHARGES INCLUDE CONSPIRACY 2C:2-6 ARE ADDED TO EACH INDIVIDUAL CHARGE.

OFFICER'S NAME   PATROLMAN PIZZA, RONALD      BADGE NUMBER: 4910         Page 2 of 2

# PATERSON POLICE
**111 BROADWAY**
**PATERSON, NJ 07505**
**973-321-1111**

## INCIDENT REPORT
**Municipal Code: 1606**
**ORI: 1606**

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2020-076171 | SHOTS - SHOTS FIRED | 8/9/2020 | 00:29 | 326 PARK AVE, PATERSON NJ 07505 |

| DATE / TIME OF INCIDENT STARTED | DATE / TIME OF INCIDENT ENDED |
|---|---|
| 8/9/2020 00:56 | 8/9/2020 00:56 |

**HOW RECEIVED:** ☐ E911  ☐ DISPATCHED  ☐ FLAG DOWN  ☐ ON-VIEW  ☐ WALK-IN  ☐ OTHER

INCIDENT #: I-2020-076171   DATE: 8/9/2020

## VICTIM INFORMATION

| LAST NAME | FIRST NAME | MI | HOME PHONE | CELL PHONE |
|---|---|---|---|---|
| POWELL | CHARLES | D | | 973-818-4211 |

| ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 87 2ND ST | | | NEWARK | NJ | |

| RACE | SEX | DOB | AGE | DRIVER'S LICENSE # | D/L STATE |
|---|---|---|---|---|---|
| BLACK | M | 03/20/1998 | 22 | | |

| EMPLOYER/ SCHOOL | OCCUPATION | CONTACT PERSON | PHONE |
|---|---|---|---|

EMPLOYER / SCHOOL ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP)

| NO. OF VICTIMS | WAS VICTIM INJURED | REQUIRE MEDICAL TREATMENT | TYPE OF VICTIM | VICTIM IS THE OFFENDER'S |
|---|---|---|---|---|

## COMPLAINANT INFORMATION   ☐ SAME AS VICTIM

| LAST NAME | FIRST NAME | MI | HOME PHONE | CELL PHONE |
|---|---|---|---|---|

| ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|

| RACE | SEX | DOB | AGE | DRIVER'S LICENSE # | D/L STATE |
|---|---|---|---|---|---|

| EMPLOYER/ SCHOOL | OCCUPATION | CONTACT PERSON | PHONE |
|---|---|---|---|

EMPLOYER / SCHOOL ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP)

## ADDITIONAL PERSONS
CODES: R=Reporting Person; W=Witness; A=Arrestee; I=Involved Person; P=Police; F=Family member; V=additional Victim; O=Other

**1**
| CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|
| I | HUGHES | TRAVIS | | BLACK | M | 07/21/1978 |

| ADDRESS | SOCIAL SECURITY # | HOME PHONE | CELL PHONE |
|---|---|---|---|
| 286 E 32ND ST, PATERSON, NJ 07505 | 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 | | 973-341-3166 |

**2**
| CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|
| I | BROWN | MICHARD | O | BLACK | M | 12/11/1989 |

| ADDRESS | SOCIAL SECURITY # | HOME PHONE | CELL PHONE |
|---|---|---|---|
| 208 HARRISON ST, PATERSON, NJ 07501 | 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 | 551-223-2098 | |

**3**
| CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|
| I | RODRIGUEZ | JACKSON | A. | | M | 09/08/1982 |

| ADDRESS | SOCIAL SECURITY # | HOME PHONE | CELL PHONE |
|---|---|---|---|
| 315 PARK AVE APT 8, PATERSON, NJ 07505 | | | 201-646-0917 |

## UNIDENTIFIED SUSPECT / OFFENDER   SUSPECT/OFFENDER DESCRIPTION N/A ☐   NUMBER OF SUSPECTS

**1**
| APPROX AGE | RACE | SEX | APPROX HEIGHT | EYE COLOR | HAIR COLOR | HAIR LENGTH | FACIAL HAIR |
|---|---|---|---|---|---|---|---|

| CLOTHING WORN | DIRECTION OF FLIGHT |
|---|---|

| NAME / NICKNAME | SCARS / MARKS / TATTOOS |
|---|---|

**2**
| APPROX AGE | RACE | SEX | APPROX HEIGHT | EYE COLOR | HAIR COLOR | HAIR LENGTH | FACIAL HAIR |
|---|---|---|---|---|---|---|---|

| CLOTHING WORN | DIRECTION OF FLIGHT |
|---|---|

| NAME / NICKNAME | SCARS / MARKS / TATTOOS |
|---|---|

Page 1 of 3

# PATERSON POLICE
111 BROADWAY
PATERSON, NJ 07505
973-321-1111

**INCIDENT REPORT**
ORI: 1608

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2020-076171 | SHOTS - SHOTS FIRED | 8/9/2020 | 00:29 | 326 PARK AVE, PATERSON NJ 07505 |

## VEHICULAR INFORMATION
VEHICLE INFORMATION N/A ☐  REPORTED STOLEN ☐  RECOVERED STOLEN ☐  EVIDENCE ☐  VIOLATIONS ☐  INVOLVED IN CRIME ☐

OWNER'S LAST NAME | OWNER'S FIRST NAME | OWNER'S ADDRESS
YEAR | MAKE | MODEL | COLOR | STYLE | LICENSE PLATE # | STATE | DATE EXPIRE
KEYS IN VEHICLE | VEHICLE LOCKED | FRONT PLATE | REAR PLATE | VEHICLE VALUE | VIN
VEHICLE TOWED | IMPOUND REPORT | INSURANCE CO. | INSURANCE CODE | POLICY #

## OFFENSE INFORMATION

| # | CDR # / MV SUMMONS # | CHARGE | N.J. STATUTE LOCAL ORD | STATUS |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

## NARRATIVE

SHOOTING (4A)
8/9/2020 @ 0056 HRS
326 PARK AVENUE
FILE CONTROL # 2020 - 076171
UNIT 114 DISPATCHED TO ABOVE ADDRESS ON SHOTS FIRED.  10 SPENT SHELL CASINGS AND BLOOD DROPLETS WERE FOUND ON THE GROUND AT THE INTERSECTION OF PARK AVENUE AND EAST 23RD STREET.  VICTIM CHARLES POWELL WAS TRANSPORTED TO ST. JOE'S BY TRAVIS HUGHES IN HIS PRIVATE VEHICLE, A WHITE 2005 GMC YUKON WAGON WITH NJ PLATE # K59LDW.  VICTIM SUSTAINED 2 ENTRY AND EXIT GUNSHOT WOUNDS - ONE TO THE LEFT SHOULDER AND THE OTHER TO THE RIGHT THIGH.  HIS INJURIES WERE NON-LIFE THREATENING. MISCHARD BROWN'S RED DODGE CHARGER WITH NJ PLATE # K11KJW AND JACKSON...

REPORTING OFFICER'S SIGNATURE (IF REQUIRED) | DATE | SUPERVISOR'S SIGNATURE | DATE

PRINT REPORTING OFFICER'S NAME (RANK, LAST, FIRST, ID#)
PATROLMAN CAPELLAN, JUAN    4953

APPROVED BY (RANK, LAST, FIRST, ID#)
CIVILIAN QUINONES, WILMA    50091

## ADMINISTRATIVE ARREST
# OF SUBJECTS ARRESTED | TYPE OF ARREST | ☐ FOA | ☐ WARRANT | DETECTIVE NOTIFIED | NAME OF DET.
☐ ON VIEW AT SCENE | ☐ SUMMONS

## DATABASE INQUIRES
☐ MOTOR VEHICLE COMMISSION  ☐ IN HOUSE RMS  ☐ NCIC FOR WANTS/WARRANTS  ☐ COBRA  ☐ ATS  ☐ ACS  TELETYPE MESSAGE #

## TECHNICAL SERVICES USED
☐ COUNTY B.C.I.  ☐ K-9 UNIT  ☐ N.J.S.P.  TECH CASE #  TECH OFFICER  BADGE #
☐ OTHER

## SUPPLEMENTAL REPORTS
TRAK ☐ | VICTIM NOTIFICATION REPORT ☐ | JUVENILE INVESTIGATION/RELEASE ☐ | STATEMENT ☐
ARREST REPORT ☐ | PROPERTY TAG ☐ | DOMESTIC VIOLENCE REPORT ☐ | IMPOUND SHEET ☐
FINGERPRINT CARDS ☐ | PROPERTY LOSS SHEET ☐ | BIAS CRIME INCIDENT REPORT ☐ | EVIDENCE SUBMITTED ☐
OTHER DESCRIBE

## U.C.R. REPORTING PROPERTY

| | CURRENCY | JEWELRY | FURS | CLOTHING | AUTO | MISC | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| U.C.R. CODE | | | | | | | |
| VALUE OF STOLEN PROP. | | | | | | | |
| VALUE OF RECOVERED PROP. | | | | | | | |

INCIDENT STATUS  ☐ UNFOUNDED  ☐ CLEARED BY ARREST  ☐ CLEARED EXCEPTIONALLY  ☐ ADMINISTRATIVELY CLOSED  CLEARANCE DATE  REASON FOR EXCEPTIONAL CLEARANCE

## DETECTIVE BUREAU REVIEW
INCIDENT REQUIRES REVIEW | REVIEWED BY (RANK, LAST, FIRST, ID#) | DATE
CASE STATUS | DATE ASSIGNED | ASSIGNED TO
☐ REVIEWED NOT ASSIGNED
☐ ASSIGNED FOR INVESTIGATION

Page 2 of 3

# PATERSON POLICE
### INCIDENT REPORT

111 BROADWAY
PATERSON, NJ 07505
973-321-1111

Municipal Code: 1608
ORI: 1608

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2020-076171 | SHOTS - SHOTS FIRED | 8/9/2020 | 00:29 | 326 PARK AVE, PATERSON NJ 07505 |

RODRIGUEZ GRAY 2006 CHRYSLER WITH NJ PLATE # D85HOX WERE STRUCK BY GUNFIRE.    CEASE FIRE
CSI    N.I.B.I.N.