**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 29, 2022

<u>By ECF and EMAIL to Chambers</u>
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *United States v. Charles Powell*, 21-CR-572 (EK)

Your Honor:

    We write to request that the Court issue the attached proposed order directing the Metropolitan Detention Center Brooklyn ("MDC") to immediately provide adequate and consistent lighting in Mr. Powell's cell. It has come to our attention that Mr. Powell was recently transferred to a new unit as a result of his employment in the kitchen at the MDC. The light in his new cell is broken and he has been without adequate light for a period of at least two weeks. This is especially problematic during the frequent lockdowns on the unit during which time Mr. Powell must remain in his darkened cell.

    We respectfully request that the Court enter the attached order, and for MDC to provide an update to the Court, the government, and Mr. Powell regarding the order.

    Very truly yours,

    /s/
    Michelle Gelernt
    Deputy Attorney-in-Charge
    Karume James, AFD

cc:    Hon. Eric R. Komitee [by email and ECF]
       Clerk of the Court [by ECF]
       Counsel of record [by email]

1