UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>           -against-<br><br><br>CHARLES POWELL,<br>      defendant. | **PROPOSED ORDER**<br><br>21-CR-572 (EK) |

ERIC R. KOMITEE, United States District Judge:

     It is hereby ORDERED upon the motion by defendant CHARLES POWELL, Reg. No. 83949-053, currently detained at the Metropolitan Detention Center in Brooklyn, New York:

     That the Bureau of Prisons ("BOP") shall immediately provide adequate and consistent lighting to Mr. Powell's cell/housing area and shall provide a written update to the Court regarding the status of this order no later than September 9, 2022, and provide copies of that update to counsel for Mr. Powell and the government.


Dated:      _____, 2022
          Brooklyn, New York


              _____
              **ERIC R. KOMITEE**
              **UNITED STATES DISTRICT JUDGE**