## LISTS OF NAMES AND PLACES

### The Court

1. Judge Eric Komitee

### Seated at Defense Table

1. Charles Powell

    A. Defense Attorney Murray Singer

2. Brian Castro

    A. Defense Attorney Nicholas Smith

3. Musah Coward

    A. Defense Attorney Sabrina Shroff

    B. Defense Attorney Gary Villanueva

### Seated at the Government's Table

1. Assistant United States Attorney Andy Palacio

2. Assistant United States Attorney Megan Larkin

3. Assistant United States Attorney Raffaela Belizaire

4. Assistant United States Attorney Turner Buford

5. Paralegal Specialist Theodore Rader

6. FBI Special Agent Michael Savona

### Names That May Be Mentioned During Trial

1. Rodney Maxwell

2. Jane Doe 1 [2]

3. Jane Doe 2

4. John Doe 1

---

[2]   The government will provide the names of civilian witnesses and other sensitive witnesses under separate cover.

5. John Doe 2

6. John Doe 3

7. John Doe 4

8. John Doe 5

9. Maxine Wallace

10. Caitlyn Fischer (Office of Chief Medical Examiner)

11. Darryl Valinchus

12. Intelligence Analyst Ashley Hinkson

13. Detective Stephen Rice (NYPD)

14. Detective Thomas Pisano (NYPD)

15. Detective Michael Fung (NYPD)

16. Detective Efrain Flores (NYPD)

17. Detective Sheena Lawrence (NYPD)

18. Detective James Rivera (NYPD)

19. Detective Constantina Deluca (NYPD)

20. Detective Jaysen Basnight (NYPD)

21. Detective James Luongo (NYPD)

22. Detective Omar Santiago (NYPD)

23. Detective Jean Louis (NYPD)

24. Detective David Centeno (NYPD)

25. Detective Robert Bustamante (NYPD)

26. Sergeant Guy Randel (NYPD)

27. Sergeant Patrick Holt (Passaic County Police Department)

28. Police Officer Dragos Danetiu (NYPD)

29. Police Officer Bardhi Shyqyri (NYPD)

30. Police Officer Terrence McPike (Port Authority)

31. Police Officer Franco Graziadio (Clifton Police Department)

32. Special Agent Howard Stern (ATF)

33. Dr. Anne Hoffa (Office of Chief Medical Examiner)

<u>Places</u>

1. Brownsville, Brooklyn

2. Paterson, New Jersey

3. 181 Hegeman Avenue (Brownsville, Brooklyn)

4. Newport Gardens (Brownsville, Brooklyn)

5. The Plaza (Brownsville, Brooklyn)

6. 315 Park Avenue (Paterson, New Jersey)

7. 319 Park Avenue (Paterson, New Jersey)